**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN MILLER,<br>Plaintiff,<br>v.<br>U.S. BANK TRUST NATIONAL ASSOCIATION, et al.,<br>Defendants. | No. 2:26-cv-2306-DJC-DMC<br>No. 2:26-cv-02204-DJC-DMC<br><br><u>ORDER</u> |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 10, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be largely supported by the record and the Magistrate Judge's analysis. Since those Findings and Recommendations were filed however, Plaintiff filed two Motions for a Temporary Restraining Order in the docket in 2:26-cv-02306. As the earlier filed case,

2:26-cv-02204, has been inactive, the undersigned will instead close that case as duplicative.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 10, 2026, ECF No. 8, are adopted in PART.

2. *Miller v. U.S. Bank Trust National Association, et al.*, 2:26-cv-2204-DJC-DMC is DISMISSED as duplicative of *Miller v. U.S. Bank Trust National Association et al.*, 2:26-cv-02306.

3. The Clerk of the Court is directed to enter judgment in Case No. 2:26-cv-02204 and close that case. Case No. 2:26-cv-02306 remains active.

IT IS SO ORDERED.

Dated: **August 27, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE